| | |
|---|---|
| 1 | LAW OFFICE OF TODD D. LERAS |
| 2 | Todd D. Leras, CA SBN 145666 |
|   | 455 Capitol Mall, Suite 802 |
| 3 | Sacramento, California 95814 |
|   | (916) 504-3933 |
| 4 | toddleras@gmail.com |
|   | Attorney for Defendant |
| 5 | ATHANASIOS DIMOU |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-133 TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ATHANASIOS DIMOU, and GRANT BROWNING, | |
| Defendants. | Date: January 11, 2018<br>Time: 9:30 a.m.<br>Court: Hon. Troy L. Nunley |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney James Conolly, Attorney J. Toney on behalf of Defendant Grant Browning, and Attorney Todd Leras on behalf of Defendant Athanasios Dimou, stipulate as follows:

1. This matter is presently set for a status conference on October 19, 2017.

ORDER CONTINUING STATUS
CONFERENCE

2. By this stipulation, Defendant Dimou moves to continue the status conference to January 11, 2018. The Office of the Federal Defender had represented Mr. Dimou until appointment of replacement counsel on August 24, 2017.

3. Replacement counsel has obtained from the Office of the Federal Defender eight discs comprising discovery previously provided by the Government and continues to review it with Mr. Dimou. Additional time is needed for discovery review and defense investigation. Defendant Dimou therefore requests to continue the status conference to January 11, 2018, at 9:30 a.m., and to exclude time between October 19, 2017 and January 11, 2018 under Local Code T-4. The United States and Defendant Browning do not oppose this request.

4. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Dimou the reasonable time necessary for effective preparation, considering the exercise of due diligence.

5. Based on the above-stated facts, Defendant Dimou requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 19, 2017 to January 11, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Dimou's request on the basis that the ends of

ORDER CONTINUING STATUS CONFERENCE

justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly and Attorney J. Toney have reviewed this proposed order and authorized Todd Leras to sign it on their behalf.

DATED: October 16, 2017

By    Todd D. Leras for
      JAMES CONOLLY
      Assistant United States Attorney

DATED: October 16, 2017

By    /s/ Todd D. Leras for
      J. TONEY
      Attorney for Defendant
      GRANT BROWNING

DATED: October 16, 2017

By    /s/ Todd D. Leras
      TODD D. LERAS
      Attorney for Defendant
      ATHANASIOS DIMOU

ORDER CONTINUING STATUS
CONFERENCE

| | |
|---|---|
| 1 | **ORDER** |
| 2 | BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is |
| 3 | hereby ordered that the status conference in this matter, scheduled for October 19, 2017, is |
| 4 | |
| 5 | vacated.  A new status conference is scheduled for January 11, 2018, at 9:30 a.m.  The Court |
| 6 | further finds, based on the representations of the parties and Defendant Dimou's request, that the |
| 7 | ends of justice served by granting the continuance outweigh the best interests of the public and |
| 8 | the defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § |
| 9 | 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into |
| 10 | |
| 11 | consideration the exercise of due diligence for the period from October 19, 2017, up to and |
| 12 | including January 11, 2018. |
| 13 | DATED: October 17, 2017 |

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE