LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ATHANASIOS DIMOU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ATHANASIOS DIMOU, and GRANT BROWNING,<br><br>        Defendants. | Case No.: 2:16-CR-133 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    March 22, 2018<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

      The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney James Conolly, Attorney J. Toney on behalf of Defendant Grant Browning, and Attorney Todd Leras on behalf of Defendant Athanasios Dimou, stipulate as follows:

    1.  This matter is presently set for a status conference on January 11, 2018.

ORDER CONTINUING STATUS
CONFERENCE

2. By this stipulation, Defendant Dimou moves to continue the status conference to March 22, 2018. The Office of the Federal Defender had represented Mr. Dimou until appointment of replacement counsel on August 24, 2017.

3. Replacement counsel has obtained from the Office of the Federal Defender eight discs comprising discovery previously provided by the Government and continues to review it with Mr. Dimou. Additional time is needed for discovery review and defense investigation. The events at issue in this case occurred in the Stockton region, approximately 50 miles driving distance from Sacramento. Defendant Dimou therefore requests to continue the status conference to March 22, 2018, at 9:30 a.m., and to exclude time between January 11, 2018 and March 22, 2018 under Local Code T-4. The United States and Defendant Browning do not oppose this request.

4. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Dimou the reasonable time necessary for effective preparation, considering the exercise of due diligence.

5. Based on the above-stated facts, Defendant Dimou requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 11, 2018 to March 22, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance

ORDER CONTINUING STATUS CONFERENCE

granted by the Court at Defendant Dimou's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney James Conolly and Attorney J. Toney have reviewed this proposed order and authorized Todd Leras to sign it on their behalf.

DATED: January 8, 2018

By <u>    Todd D. Leras for        </u>
JAMES CONOLLY
Assistant United States Attorney

DATED: January 8, 2018

By <u>    /s/ Todd D. Leras for     </u>
J. TONEY
Attorney for Defendant
GRANT BROWNING

DATED: January 8, 2018

By <u>    /s/ Todd D. Leras         </u>
TODD D. LERAS
Attorney for Defendant
ATHANASIOS DIMOU

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for January 11, 2018, is vacated. A new status conference is scheduled for March 22, 2018, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Dimou's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from January 11, 2018, up to and including March 22, 2018.

DATED: January 8, 2018

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE